UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHONAYE GREEN,**

    **Plaintiff,**

v.                        **Case No. 8:21-cv-2484-MSS-AAS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

On November 23, 2022, the court received notice a mailed copy of the court's September 12, 2022 order (Doc. 23) was returned due to insufficient address information. (Doc. 25). Of the eight orders mailed to Plaintiff Shonaye Green since October 27, 2021, this is the first mailing to be returned to the courthouse. In an abundance of caution, the court **DIRECTS** the Clerk to resend to Ms. Green at 2501 Walden Woods, Unit 3753, Plant City, FL, 33563, both the prior order (Doc. 23) and the more recent order (Doc. 24) extending the deadlines by which Ms. Green and the Commissioner must file their respective memorandums.

In summary, Ms. Green has until **December 16, 2022**, to file her memorandum in opposition to the Commissioner's decision or otherwise show

cause why this case should not be dismissed for failure to prosecute. If Ms. Green files a memorandum in opposition, the Commissioner may file a response memorandum by **January 17, 2023**, and Ms. Green may reply to the Commissioner's response memorandum by **January 31, 2023**.

**ORDERED** in Tampa, Florida on November 28, 2022.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge